UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**United States of America**

v.

                                                  Criminal No.   **7:12-CR-1036-04**

**Beatriz Adrian Ramos**

### NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE, AND TIME SET FORTH BELOW.

**BEFORE THE HONORABLE**

Micaela Alvarez

**PLACE:**

United States District Court

1701 W. Bus. Hwy. 83

McAllen, TX

**DATE:** 11/14/13

**TIME:** 9:00 AM

**TYPE OF PROCEEDING:** *Restitution Hearing*

Date: October 17, 2013                                                           David J. Bradley, Clerk